## JACK HICKS v. STATE.

No. A-8775.   Oct. 12, 1934.
(36 Pac. [2d] 951.)

Merritt & Reed, for plaintiff in error.

J. Berry King, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error, hereinafter called defendant, was convicted of a second and subsequent violation of the prohibitory liquor law, and was sentenced to pay a fine of $50 and to serve one year and one day in the penitentiary.

The record was filed in this court July 27, 1934; no brief in support of the appeal has been filed.

An examination discloses no fundamental error.   The evidence is sufficient to support the verdict.

The case is affirmed.